UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRELLIS QUINN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01288-ART-NJK<br><br>**ORDER GRANTING**<br><br>STIPULATION FOR<br>DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Plaintiff, Trellis Quinn and Interested Party, Nevada Department of Corrections, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Nathan M. Claus, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//
//
//
//
//
//
//
//

DATED this 13th of May 2025 2024.          DATED this 28th of March, 2025.

AARON D. FORD
Attorney General

By: /s/ Trellis Quinn
Trellis Quinn, #93626
*Plaintiff, pro se*

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

## ORDER

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: May 15, 2025

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on _____, 2025, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Trellis Quinn #93626
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070
*Plaintiff, Pro Se*

/s/ _____
, Employee of the Office of the Nevada Attorney General